**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2159**
_____

ROSE MCKINLEY,

                  Plaintiff – Appellant,

          and

SHAMEARE   MCKINLEY;   JAMEL   MCKINLEY;   SHAVONIA   MCKINLEY;
DAIJUANNA   MCKINLEY;   BRITTANY   MCKINLEY;   SHEREKA   MCKINLEY;
KEVIN MCKINLEY,

                  Plaintiffs,

          v.

CMH HOMES, INC.,

                  Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:11-cv-02982-CWH)

_____

Submitted:  March 17, 2015            Decided:  March 19, 2015

_____

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion

_____

Rose McKinley, Appellant Pro Se.  Brian Montgomery Barnwell,
Allen Mattison Bogan, NELSON MULLINS RILEY & SCARBOROUGH, LLP,

Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rose McKinley appeals the district court's order granting the Defendant's summary judgment motion and dismissing her civil negligence suit as untimely under the South Carolina statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKinley v. CMH Homes, Inc., No. 2:11-cv-02982-CWH (D.S.C. Sept. 25, 2014). We grant McKinley permission to proceed in forma pauperis. We deny McKinley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED